IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARKANSAS TROPHY HUNTERS
ASSOCIATION, INC.                                                    PLAINTIFF

       v.       Civil No. 06-5067

TEXAS TROPHY HUNTERS
ASSOCIATION, LTD.                                                    DEFENDANT

### O R D E R

Now on this 16th day of October, 2006, comes on for consideration the **Motion To Relieve Counsel** (document #25) filed by plaintiff's attorneys Harold J. Evans and Jess Askew III, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and attorneys Evans and Askew are relieved of further responsibility in this matter.

The Clerk of Court is directed to forward a copy of this Order to plaintiff, c/o Donny Carmical, 920 West Highway 89, Apartment #29, Cabot, Arkansas, 72023, and to note that address, and the telephone number 501-681-6629, as contact information for plaintiff.

The Court notes that a hearing in this matter is scheduled for October 25, 2006, at which time the Court will take up defendant's **Motion To Enforce Settlement**, and cautions plaintiff that, as a corporation, it can only be represented at that hearing - or in any other aspect of these proceedings - by a licensed attorney. **Rowland v. California Men's Colony, 506 U.S. 194 (1993).**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**