```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

ARKANSAS TROPHY HUNTERS
ASSOCIATION, INC.                                    PLAINTIFF

       v.                Civil No. 06-5067

TEXAS TROPHY HUNTERS
ASSOCIATION, LTD.                                    DEFENDANT

### O R D E R

Now on this 5th day of February, 2007, comes on for consideration **Defendant's Post-Trial Motion To Amend Or Add Findings** (document #58), in which defendant seeks to supplement the record developed at the trial of this matter with additional documents it has submitted to and received from the United States Patent and Trademark Office. This motion will be denied. The documents in question were generated after the trial was concluded, and while the matter was under submission. The Court finds no basis to consider as evidence documents first created during the time a case is under submission.

**IT IS THEREFORE ORDERED** that **Defendant's Post-Trial Motion To Amend Or Add Findings** (document #58) is **denied.**

IT IS SO ORDERED.

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE